IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| William F. Craig, III, and F. Ragin Craig,<br><br>        Plaintiffs,<br><br>vs.<br><br>United States Army Corps of Engineers, Charleston District; the United States Environmental Protection Agency; Lt. Gen. Thomas P. Bostick, in his official capacity as chief of engineers of the U.S. Army Corps of Engineers; Lt. Col. John T. Litz, in his official capacity as district engineer of the U.S. Army Corps of Engineers, Charleston District; Gina McCarthy, in her official capacity as administrator of the U.S. Environmental Protection Agency; Heather McTeer Toney, in her official capacity as regional administrator Region 4 of the U.S. Environmental Protection Agency; and Robert D. Lesslie,<br><br>        Defendants. | C/A No. 0:13-cv-01767-JFA<br><br>**ORDER** |

       This matter comes before the court on a motion for clarification filed by the United States Army Corps of Engineers, Charleston District; the United States Environmental Protection Agency; Corps officials Lt. Gen. Thomas P. Bostick and Lt. Col. John T. Litz; and EPA officials Gina McCarthy and Heather McTeer Toney[1] (collectively "Federal Defendants"). ECF No. 29. Specifically, Federal Defendants seek clarification on this court's order, ECF No. 26, denying their motion to dismiss the complaint. *Id.* In the order, the court points out that there can be no claim under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701–06, when a valid

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Heather McTeer Toney replaces Acting Administrator A. Stanley Meiburg.

1

citizen suit has been asserted under the Clean Water Act ("CWA"), 33 U.S.C. § 1251, *et seq*. Because this court found that William F. Craig, III, and F. Ragin Craig ("Plaintiffs") have a cognizable claim under the CWA citizen-suit provision, 33 U.S.C.§ 1365, the court deemed their APA claim as moot.

    IT IS SO ORDERED.

February 4, 2014                                Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge